# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO.: 5:07CR9

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> ROBERT LEE HOLLAND, <br>     Defendant. | ) <br> ) <br> ) <br> )    **ORDER** <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a handwritten letter, dated April 9, 2007, from Robert Lee Holland to United States Magistrate Judge Carl Horn (the "Letter"). In the Letter, Mr. Holland, who is currently in custody, asks for a bond review hearing.

The record reflects that Mr. Holland is represented by appointed counsel, Assistant Federal Defender Angela G. Parrott. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Holland has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Holland's request for a bond review hearing is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Ms. Parrott.

The Clerk of Court is directed to send a copy of the Letter to Ms. Parrott along with her copy of this Order.

Signed: April 16, 2007

David C. Keesler
United States Magistrate Judge